37941. SLOCUMB *et al. v.* HOUSING AUTHORITY
OF COLUMBUS.

NICHOLS, Judge. "Where a proceeding in rem is brought to condemn property for a public use under the provisions of Chapter 36-11 of the Code as amended by the Act of 1938, tender of the amount awarded by the assessors to the apparent or ostensible owner of such property, is not a condition precedent to the condemnor's right to pay the award into the registry of the court and enter an appeal to a jury." *State Highway Dept.* v. *Hendrix*, 215 *Ga.* 821 (113 S. E. 2d 761). *Slocumb* v. *Housing Authority of Columbus*, 216 *Ga.* 70 (114 S. E. 2d 537).

In the present case the motion of the condemnees to dismiss the appeal to the jury by the condemnor because the amount of the assessors' award was not first tendered to them before being paid into the registry of the court was correctly overruled. The second case cited above is the answer of the Su-

preme Court to a certified question by this court in this case. *Judgment affirmed. Felton, C. J., and Bell, J., concur.*

DECIDED JUNE 6, 1960.

*John G. Cozart,* for plaintiffs in error.

*Foley, Chappell, Kelley & Champion, Forrest L. Champion, Jr., Kenneth M. Henson,* contra.